STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ALBERT MAIER, DEFENDANT-PETITIONER.

On petition for certification to Hoboken Municipal Court.

*Mr. Walter R. Gottschalk* and *Mr. Anthony P. LaPorta* for the petitioner.

*Mr. Horace K. Roberson* and *Mr. William A. O'Brien* for the respondent.

September 8, 1952.   Granted.

WALTER KIEL, PLAINTIFF-RESPONDENT, v. BILL WILLIAMS AUTO SALE, INC., DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

See same case below: 19 *N. J. Super.* 80.

*Mr. James A. McTague* for the petitioner.

*Mr. Morris Edelstein* and *Mr. Robert C. Gruhin* for the respondent.

September 8, 1952.   Denied.